UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 09 B 39381
CHAPTER 13

JONATHAN HERTULAR
JANICE C HERTULAR  JUDGE JACQUELINE P COX

DEBTORS  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** CITIFINANCIAL SERVICES INC

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 10 | 3 | 9008 7019 ABERDEEN | $1,356.99 | $1,240.00 | $1,240.00 |
| Total Amount Paid by Trustee | | | | | $1,240.00 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___  Through the Chapter 13 Conduit          **X**  Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 09-39381-JPC

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 13th day of January, 2014.

Debtor:
JONATHAN HERTULAR
JANICE C HERTULAR
7019 S ABERDEEN
CHICAGO, IL 60621

Attorney:
KAPLAN BANKRUPTCY FIRM LLC
55 W JACKSON BLVD # 909
CHICAGO, IL 60604
via Clerk's ECF noticing procedures

Mortgage Creditor:
CITIFINANCIAL
PO BOX 6030
SIOUX FALLS, SD 57117-6030

Creditor:
CITIFINANCIAL SERVICES INC
PO BOX 70919
CHARLOTE, NC 28272-0919

ELECTRONIC SERVICE - United States Trustee

Date: January 13, 2014

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL 60603